# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CR486** |
| vs. | ) | |
| | ) | **ORDER** |
| **JOSE HERNANDEZ-SIERRA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion to continue trial (#35).

**IT IS ORDERED** that the motion is held in abeyance pending compliance with NECrimR 12.1.

**DATED December 1, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**