IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR486** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOSE HERNANDEZ-SIERRA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the sealed motion filed by defense counsel (Filing No. 32).

IT IS ORDERED that the motion filed by defense counsel (Filing No. 32) is denied.

DATED this 4th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge